IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ELIJAH HIGHTOWER )
)
v. ) NO. 3:11-0235
)
UNITED STATES OF AMERICA )

**O R D E R**

The pro se plaintiff has filed a motion (Docket Entry No. 8) to seal in which he appears to request to seal his complaint and multiple pages of attachments or to redact from the complaint his social security number. He also filed four pages of a factual statement which appear to be intended by the plaintiff as a supplement to his original complaint or a replacement of part of the complaint. See Docket Entry No. 9.

The motion to seal is GRANTED to the extent that the attachments to the complaint contain medical and other personal information regarding the plaintiff. The Clerk is directed to place and maintain the attachments (Docket Entry No. 1-1) UNDER SEAL. The Court's review of the actual complaint (Docket Entry No. 1) does not indicate any basis for placing the complaint under seal. It is not clear why the plaintiff filed the four pages (paginated 37-40) or why they need to be under seal. Therefore, the Clerk is directed to UNSEAL Docket Entry No. 9.

The plaintiff's motion (Docket Entry No. 11) for leave to admit a DVD is DENIED. The plaintiff has not provided any indication of what is contained on the DVD or how the contents of the DVD are either relevant to his action or, if intended as supporting evidence, how it is admissible.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge