IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ELIJAH HIGHTOWER )
)
v. ) NO. 3:11-0235
)
UNITED STATES )

**O R D E R**

Presently pending is the Defendant's motion (Docket Entry No. 30) to dismiss this action. The Plaintiff shall have until July 8, 2011, to file a response to the motion. The plaintiff is advised that failure to file a timely response to the motion could result in the dismissal of the claims brought against the Defendant.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge