IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ELIJAH HIGHTOWER )
)
v. ) NO. 3:11-0235
)
UNITED STATES )

**O R D E R**

The plaintiff's motion (Docket Entry No. 25) "to admit" three letters that he wrote is GRANTED to the extent that the plaintiff requests that the letters be made a part of the record in this action, but, to the extent that he requests that they be admitted for any other purpose, the motion is DENIED.

The plaintiff's purpose in submitting the letters is unclear. The plaintiff is advised that there is no need for him to send evidence to the Court unless the evidence is submitted in support of a pending motion or in response to a motion filed by the defendants.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge