IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY ELIJAH HIGHTOWER ) | |
| ) | |
| v. ) | NO. 3-11-0235 |
| ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA ) | |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 47) and various filings by the Plaintiff (Docket Nos. 49-51 and 53-55).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Plaintiff's documents, and the file. The objections of the Plaintiff are overruled, Plaintiff's Motion for Summary Judgment (Docket No. 49) is denied, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 30) is GRANTED, and this action is DISMISSED. The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE